```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHAYA METZGER, on behalf of herself and all :
others similarly situated, :
 :
                                Plaintiff, :       17-CV-6729 (VEC)
 :
           -against- :
 :       <u>ORDER</u>
NATIONWIDE CREDIT INC., :
 :
                             Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 19, 2017 (Dkt. 8), the parties reported to the Court that they reached a settlement of this matter; and

      WHEREAS on October 20, 2017 (Dkt. 9) the Court entered an Order directing that this action be dismissed without costs on November 20, 2017 unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

      WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

      IT IS HEREBY ORDERED that this action shall be dismissed. The Clerk of Court is respectfully requested to terminate any open motions and to close the case.

**SO ORDERED.**

Date: November 21, 2017                      **VALERIE CAPRONI**
      New York, NY                              **United States District Judge**