**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2017

CHAYA METZGER, on behalf of herself and all others similarly situated,

    Plaintiff,

-against-

NATIONWIDE CREDIT, INC.,

    Defendant.

Civil Action Number:
**1:17-cv-06729-VEC**

## NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to FRCP 41(a)(1)(A)(ii), undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members, if any.

Dated: December 6, 2017

    Respectfully submitted,

By:__/s/ Salim Katach_____
    Salim Katach, Esq. (SK0924)
    Varacalli & Hamra, LLP
    *Attorneys for Plaintiff*

This case has already been dismissed and closed, pursuant to the Order at Dkt. 10.
SO ORDERED.

*[signature]*     12/7/2017

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE